# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

136566

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 136566
                                 COA: 281537
                                 Wayne CC: 07-003404

LEMAN DOUGLAS HARRIS,
      Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the April 24, 2008 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Jackson* (Docket No. 135888) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009

_____
                         Clerk

0122